CHR. BJELLAND & Co., INC., and Another, Respondents, v. OLAF HERTZWIG TRADING Co., INC., Appellant.—Action for a permanent injunction restraining defendant from using the trade-mark " King Gustav " and the label used by

defendant on its " King Gustav " brand sardines. Judgment entered on a decision in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.